NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC, INPHI CORPORATION,**
*Appellants*

**v.**

**NETLIST, INC.,**
*Appellee*

---

2019-1720, 2019-1721

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,578, 95/000,579, 95/001,339.

---

## JUDGMENT

---

DORIS JOHNSON HINES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for all appellants.  Appellant Google LLC also represented by CHEN ZANG; JASON E. STACH, Atlanta, GA.

DAVID A. JAKOPIN, Pillsbury Winthrop Shaw Pittman LLP, Palo Alto, CA, for appellant Inphi Corporation.  Also represented by ROGER R. WISE, Los Angeles, CA; ROBERT M. FUHRER, McLean, VA.

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for appellee. Also represented by BRIAN ROBERT MATSUI; MEHRAN ARJOMAND, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court